**FILED**
**MAY 30 2008**
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**JUDGE GRADY**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. **08CR 433** |
| ) | |
| v. ) | Violation: Title 26, United States Code, |
| ) | Sections 7206(1). |
| CHRISTINE FRANTZ ) | |

**MAGISTRATE JUDGE MASON**

### COUNT ONE

The UNITED STATES ATTORNEY charges:

1. At times material to this information:

    a. World of Languages was a sole proprietorship located in Lake Barrington, Illinois that contracted with various schools in the Chicago area to provide Spanish language instruction.

    b. Defendant CHRISTINE FRANTZ was the proprietor of World of Languages.

    c. As the proprietor of World of Languages, all of its income or loss was attributable to defendant CHRISTINE FRANTZ and reportable on her U.S. Individual Income Tax Return Form 1040, specifically, on Schedule C, "Profit or Loss From Business."

2. On or about June 14, 2005, at Lake Barrington, and elsewhere in the Northern District of Illinois, Eastern Division,

CHRISTINE FRANTZ,

defendant herein, a resident of Lake Barrington, Illinois, willfully made and subscribed, and caused to be made and subscribed, a U.S. Individual Income Tax Return (Form 1040 with schedules and attachments), for the calendar year 2000, which return was verified by written declaration that it was made under the penalties of perjury and was filed with the Internal Revenue Service, which income

tax return she did not believe to be true and correct as to every material matter, in that said return reported on Schedule C and on line 12 of Form 1040 net income of $72,011, whereas the defendant then and there well knew and believed that her net income exceeded that amount, in that defendant failed to include additional gross income of approximately $66,342 she received in 2000 from the operation of World of Languages;

In violation of Title 26, United States Code, Section 7206(1).

UNITED STATES ATTORNEY