
Case 1:08-cr-00433   Document 2   Filed 05/30/2008   Page 1 of 1

#2

**FILED**
MAY 30 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Felony LI

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

**DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS**

**08CR    433**    JUDGE GRADY

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints?

   NO ☒   YES ☐   If the answer is "Yes", list the case number and title of the earliest filed complaint:

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations?

   NO ☒   YES ☐   If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)) **MAGISTRATE JUDGE MASON**

3) Is this a re-filing of a previously dismissed indictment or information?   NO ☒   YES ☐
   If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court?

   NO ☒   YES ☐   If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District?   NO ☒   YES ☐

6) What level of offense is this indictment or information?   FELONY ☒   MISDEMEANOR ☐

7) **Does this indictment or information involve eight or more defendants?**   NO ☒   YES ☐

8) Does this indictment or information include a conspiracy count?   NO ☒   YES ☐

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

   ☐ Homicide ............. (II)            ☒ Income Tax Fraud ........... (II)         ☐ DAPCA Controlled Substances ..... (III)
   ☐ Criminal Antitrust (II)                ☐ Postal Fraud ............. (II)           ☐ Miscellaneous General Offenses .... (IV)
   ☐ Bank robbery ............ (II)         ☐ Other Fraud ............. (III)           ☐ Immigration Laws ............. (IV)
   ☐ Post Office Robbery ...... (II)        ☐ Auto Theft ............. (IV)             ☐ Liquor, Internal Revenue Laws ..... (IV)
   ☐ Other Robbery .......... (II)          ☐ Transporting Forged Securities .. (III)   ☐ Food & Drug Laws ............. (IV)
   ☐ Assault ............... (III)          ☐ Forgery ............. (III)               ☐ Motor Carrier Act ............. (IV)
   ☐ Burglary ............. (IV)            ☐ Counterfeiting ............. (III)        ☐ Selective Service Act ............ (IV)
   ☐ Larceny and Theft ...... (IV)          ☐ Sex Offenses ............. (II)           ☐ Obscene Mail ............. (III)
   ☐ Postal Embezzlement ...... (IV)        ☐ DAPCA Marijuana ............ (III)        ☐ Other Federal Statutes ........... (III)
   ☐ Other Embezzlement ..... (III)         ☐ DAPCA Narcotics ............. (III)       ☐ Transfer of Probation Jurisdiction .. (V)

10) List the statute of each of the offenses charged in the indictment or information.

   Title 26, United States Code, Section 7206(1)

   _____
   STEVEN J. DOLLEAR
   Assistant United States Attorney

(Revised 12/99)