## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John F. Grady | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 433 | **DATE** | 6/18/2008 |
| **CASE TITLE** | USA vs. Christine Frantz | | |

**DOCKET ENTRY TEXT**

Arraignment held. Enter waiver of indictment. Defendant informed of rights. Defendant enters a plea of guilty to count one of the information. Enter a finding of guilty. Enter plea agreement. Enter order setting conditions of bond. Enter own recognance bond in the amount of $4500.00. Cause referred to the probation office for a presentence investigation. Sentencing set for 9/16/08 at 10:00 a.m.

Docketing to mail notices.

00:30

FILED
2008 JUN 20 PM 1:27
CLERK
U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | JD |
|---|---|---|