FILED
JUN 18 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

_____NORTHERN_____ DISTRICT OF ___ILLINOIS, EASTERN DIVISION___

UNITED STATES OF AMERICA

v.

CHRISTINE FRANTZ

WAIVER OF INDICTMENT

CASE NUMBER: 08 CR 433

I, CHRISTINE FRANTZ, the above named defendant, who is accused of filing a false tax return in violation of Title 26, United States Code, Section 7206(1), being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on June 18, 2008 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Christine Frantz
Defendant
Date: 5/28/08                    6/18/08

_____
Counsel for Defendant
                                 6/18/08

Before _____